UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAINZ BRADY GROUP, INC, <br><br> Plaintiff, <br><br> v. <br><br> SHANE SHOWN, <br><br> Defendant. | CASE NO. C17-670 RAJ <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion to file exhibits under seal. Dkt. # 16. Having considered the relevant documents and legal standard, the Court GRANTS the motion. Dkt. # 16. The designated documents may be filed under seal pending the outcome of this litigation, at which time the Court may determine that the documents will be unsealed.

Dated this 2nd day of August, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER- 1