HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAINZ BRADY GROUP, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>SHANE SHOWN,<br><br>   Defendant. | No. 2:17-cv-00670 MJP<br><br>ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE |

This matter having come before the Court upon the foregoing Stipulation to Dismiss Complaint with Prejudice, and good cause appearing therefor, it is hereby ORDERED:

(1) The Complaint is Dismissed WITH PREJUDICE; and

(2) All parties shall bear their own costs and fees.

It is so ordered this 4th day of April, 2018.

_____
Marsha J. Pechman
United States District Judge